11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Juan Jose Guerra,                                    * From the 385th District
                                                       Court of Midland County,
                                                       Trial Court No. CR37347.

Vs. No. 11-11-00174-CR                               * February 14, 2013

State of Texas,                                      * Opinion by John Hill
                                                       (Panel consists of: Wright, C.J.,
                                                       McCall, J., and Hill, sitting by
                                                       assignment)

        This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.